## NEW YORK SUPERIOR COURT.

THOMAS E. BENNETT, receiver, &c. agt. WILLIAM ERVING.

*Special Term, May,* 1865.
*Before* GARVIN, *Justice.*

THIS was an action to set aside as fraudulent, a conveyance to the defendant of a farm in New Jersey.

The defendant's counsel moved to dismiss the complaint, on the ground that under section 33 of the Code, the court had jurisdiction of the actions enumerated in sections 123 and 124, "when the cause of action shall have arisen, or the subject of the action shall be situated within those cities respectively ;" that the words " cause of action," refer to personal actions only, but not to those of this character, and the " subject of the action " being land in another state, the suit would not lie.

The COURT, after consideration, granted the motion and dismissed the complaint.

G. W. STEVENS, *attorney for the plaintiff.*
G. W. COTTERILL, *attorney for the defendant.*